**William M. WINDSOR, Appellant**

v.

**Orinda EVANS, Judge, et al., Appellees.**

**No. 10–5177.**

United States Court of Appeals, District of Columbia Circuit.

Dec. 28, 2010.

William M. Windsor, Marietta, GA, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellees.

BEFORE: GINSBURG, TATEL, and BROWN, Circuit Judges.

## *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's March 26, 2010, order enjoining appellant from submitting any additional filings in the case and from filing any new complaints in the district court be vacated and the case remanded for further proceedings consistent with *In re Powell,* 851 F.2d 427, 431 (D.C.Cir.1988).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.